IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


MACK ELLIS AND NIKKI ELLIS                                             PLAINTIFFS


V.                              CASE NO. 4:08-CV-04026


W.O. SEALE D/B/A "SEALE MARINE"                                DEFENDANT/
                                                      THIRD-PARTY PLAINTIFF


V.

LLOYD'S MARKET ASSOCIATION A/K/A
AND D/B/A "LLOYD'S OF LONDON,"
FIRSTCITY PARTNERSHIP LIMITED,
MACLEAN ODDY & ASSOCIATES, INC.,
AND CUNNINGHAM LINDSEY U.S., INC.             THIRD-PARTY DEFENDANTS


**ORDER**

Before the Court is a joint Motion for Summary Judgement, filed by Lloyd's of London and

W.O. Seale d/b/a "Seale Marine."  (Doc. 41).  Plaintiffs Mack and Nikki Ellis  have responded.

(Doc. 62).  The Court finds this matter ripe for consideration.  For the reasons discussed in the

Memorandum Opinion of even date, the Court finds the joint Motion for Summary Judgment filed

by Lloyd's of London and W.O. Seale should be and hereby is **GRANTED**.  Plaintiffs Mack and

Nikki Ellis' claims against W.O. Seale are hereby **DISMISSED WITH PREJUDICE**.    IT IS SO

ORDERED, this 29th day of August, 2011.


                                            /s/ Harry F. Barnes
                                            Hon. Harry F. Barnes
                                            United States District Judge